No. 45. *In re* Assessment of Taxes, Kapiolani Estate, Limited. Appeal from Tax Appeal Court, First Taxation Division. Submitted January 8, 1902. Decided January 17, 1902. (1) 4.23 acres, south side of Wilder Avenue, between Keeaumoku and Makiki streets, Honolulu, subject to lease for 20 years from May 11, 1896, at annual rental of $400. Returned at $3200; assessed at $24,000. Valued by Tax Court at $3200. (2) 11,325 square feet, north corner of King and Alakea streets, Honolulu. Returned at $30,000; assessed at $40,000. Valued by Tax Court at $30,000. (3) 162.61 acres, Mokauea, Kalihi,

Honolulu. Returned at $50,000; assessed at $300,000. Valued by Tax Court at $97,200. Appeal by Assessor. Appeal by tax-payer as to other items abandoned. *Per Curiam.* The first lot is valued at $10,000. See *Bishop Estate* case, 13 Haw. 671. The valuations of the second and third lots by the Tax Court at $30,000 and $97,200, respectively, are affirmed. Valuations of other lots, as to which the tax-payer appealed, are affirmed. *Robertson & Wilder* for Assessor. *Kinney, Ballou & McClanahan* for tax-payer.